UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL HENRY RICHARDSON, JR.,      §
                                    §
        Petitioner,                 §
VS.                                 §      CIVIL ACTION NO. C-08-83
                                    §
NATHANIEL QUARTERMAN,               §
                                    §
        Respondent.                 §

### ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION TO GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On June 3, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 10) be granted; that petitioner's request for an evidentiary hearing be denied; and that a certificate of appealability be denied.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court, noting that the correct name of the victim is Mark Davis and not Michael Davis as set out on page 7.  Accordingly, it is

ORDERED that respondent's motion for summary judgment is granted and petitioner's request for an evidentiary hearing is denied.  Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 26th day of June, 2008.

_____
Janis Graham Jack
United States District Judge